UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBEN LUCIANO-JIMENEZ,

                    Petitioner,

              -against-

WARDEN LAWRENCE CATLETTI, et al.,

                    Respondents.

26-CV-3546 (LJL)

ORDER TO ANSWER, 28 U.S.C. § 2241

LEWIS J. LIMAN, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. The

Court, having examined the Petition, hereby ORDERS that:

(1) By 5:00 PM on April 30, 2026, Respondents shall file a letter with the following
    information:

   a. whether Petitioner was, as the Petition alleges, *see* Dkt. No. 1 ¶ 22, located in the
      Southern District of New York at the time that the Petition was filed and, if not,
      what District Petitioner was in at the time of filing and whether the Petition
      should be immediately transferred to that District, *see, e.g., Öztürk v. Hyde*, 136
      F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y.
      2025);

   b. Petitioner's A-number, current place of detention, and a contact person who can
      facilitate prospective counsel's access to Petitioner;

   c. the statutory provision(s) under which Respondents assert the authority to detain
      Petitioner;

   d. If the asserted basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), why
      the petition should not be granted in light of the Second Circuit's decision in
      *Cunha v. Freden*, 2026 WL 1146044 (2d Cir. Apr. 28, 2026).

   e. a copy of any final order of removal; and

   f. any information regarding the procedural posture of any pending Department of
      Homeland Security or Executive Office for Immigration Review proceedings.

(2) Unless and until the Court orders otherwise, Respondents shall file an answer to the Petition within three business days of the date of this Order; and

(3) Unless and until the Court orders otherwise, Petitioner shall file any reply within ten business days of the date of this Order.

The parties shall appear for a telephonic case management conference on May 1, 2026, at 10:30 AM. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of

2

termination is filed on the docket prior to the date of the conference, using the appropriate ECF

Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at*

http://nysd.uscourts.gov/ecf_filing.php.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's

Office for the Southern District of New York of this Order.

SO ORDERED.

Dated:    April 29, 2026
          New York, New York

LEWIS J. LIMAN
United States District Judge

3