UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
RUBEN LUCIANO-JIMENEZ,                                             :
                                                                   :
                          Petitioner,                              :
                                                                   :                26-cv-3546 (LJL)
          -v-                                                      :
                                                                   :                ORDER
LAWRENCE CATLETTI, et al.,                                         :
                                                                   :
                          Respondents.                             :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held an initial scheduling conference in this matter today, May 1, 2026.  As indicated on the record at the conference:

The oral motion for Attorney Emma Tuohy to be admitted pro hac vice is granted. Respondents have indicated that they accept service of process.

Respondents' request for an extension to respond to the Petition is granted.  Respondents shall file their response by May 11, 2026.  Petitioner shall file any reply by May 18, 2026.

A hearing on the Petition is scheduled for June 12, 2026, at 2:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse.


          SO ORDERED.


Dated: May 1, 2026                          _____
          New York, New York                          LEWIS J. LIMAN
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/1/2026