USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBEN LUCIANO-JIMENEZ,

Petitioner,

-v-

LAWRENCE CATLETTI, et al.,

Respondents.

26-cv-3546 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a pre-hearing conference in this matter today, July 7, 2026. As indicated on the record at the conference:

By July 8, 2026, the parties shall exchange the set of materials upon which they intend to rely at the hearing scheduled for July 10, 2026.

By July 9, 2026 at 12:00 p.m., the parties shall then transmit these materials to the Chambers email address (LimanNYSDChambers@nysd.uscourts.gov), with all documents marked with exhibit numbers. The Court will review the exhibits in advance of the hearing, but they will not be docketed. (Each party shall have the responsibility to retain copies of the documents it offers in evidence.) The parties shall also each file a letter on the docket indicating their objections, if any, to the exhibits offered by opposing counsel no later than July 9, 2026 at 12:00 p.m.

Should counsel for Petitioner decide to call Petitioner as a witness at the hearing, they shall file a letter indicating their intention to do so no later than July 8, 2026 at 5:00 p.m.

Respondents shall produce Petitioner for the hearing. The parties shall meet and confer to determine if they can agree upon conditions of release that would ensure Petitioner's attendance and protect against any risk to the community.

SO ORDERED.

Dated: July 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge