UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RUBEN LUCIANO-JIMENEZ,

                    Petitioner,

    -v-

LAWRENCE CATLETTI, et al.,

                    Respondents.

------------------------------------------------------------------X

|  |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 07/17/2026 |

26-cv-3546 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties are to inform the Court no later than 5:00 p.m. on July 20, 2026 whether they have met and conferred and agreed upon a bond package.

SO ORDERED.

Dated: July 17, 2026
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge