UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

:
RUBEN LUCIANO-JIMENEZ,                               :
:
                              Petitioner,            :
:                           26-cv-3546 (LJL)
          -v-                                        :
:                           ORDER
LAWRENCE CATLETTI, et al.,                           :
:
                              Respondents.           :
:
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

For the reasons stated on the record at the hearing held on July 22, 2026, the petition for

writ of habeas corpus is DENIED.

The Clerk of Court is respectfully directed to terminate Dkt. No. 1 and close the case.


SO ORDERED.


Dated: July 28, 2026
      New York, New York                     _____
                                                     LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2026