USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBEN LUCIANO-JIMENEZ,

Petitioner,

-v-

LAWRENCE CATLETTI, et al.,

Respondents.

26-cv-3546 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is Petitioner's motion pursuant to Federal Rule of Civil Procedure 59(e) to alter or amend the Court's July 22, 2026 judgment denying Petitioner's release and to reconsider the Court's denial of release. Dkt. No. 49.

The Government shall respond to Petitioner's motion no later than September 2, 2026. Petitioner may reply within seven days of the filing of the Government's response.

SO ORDERED.

Dated: August 19, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge