USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

RUBEN LUCIANO-JIMENEZ,

Petitioner,

-v-

LAWRENCE CATLETTI, et al.,

Respondents.

---------------------------------------------------------------------X

26-cv-3546 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pending before the Court is Petitioner's motion to alter judgment. Dkt. No. 49. The Government is directed to inquire into the conditions of Petitioner's confinement at the Winn Correctional Center and to file a letter with the Court no later than September 22, 2026, addressing the Petitioner's access to medical care, his medication, and to soy-free food. *See* Dkt. No. 55-1.

SO ORDERED.

Dated: September 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge