USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 09/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

RUBEN LUCIANO-JIMENEZ,

Petitioner,

-v-

LAWRENCE CATLETTI, et al.,

Respondents.

---------------------------------------------------------------------X

26-cv-3546 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Clerk of Court is respectfully directed to seal the attachment to the letter filed at Dkt. No. 57.

SO ORDERED.

Dated: September 23, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge